REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

November 20, 2015

ABEL ACOSTA, CLERK

PD-1213-15

No: 14-14-00530-CR, PD-1213-15

In The Court of Criminal Appeals

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 19 2015

Abel Acosta, Clerk

No: CR 30078

In The 75th District Court

Liberty County Texas

Christopher Wesley Parks                    Appellate

V.

State of Texas                              State

## Motion for Rehearing

To the Honorable Judges of the Court of Criminal Appeals

Comes Now Christopher Wesley Parks Appellate by and Thru Pro-se's record on Appeal presents this Motion for Rehearing pursuant to Texas Rule of Appellate Procedure 64.5.

Christopher Wesley Parks
TDCJ # 1933982
810 F.M. 2821
Huntsville, Texas 77349

## Defendants Pro-se Motion For Rehearing

Comes Now, Christopher Wesley Parks, defendant in the above number and styled Cause, and hearby files his Motion for Rehearing. Defendant was aware that is was next to impossible to prove he did not Commit the Crimes he was acussed of After Three Strokes. Three years later appellate's memory improved. With family and New Material evidence, Appellate can prove he was four or more miles away from crime scenes and was unable to be near his children at the alleged Times of the of the Crimes and prove the reason why his family Compelled alleged Victim to state his Step Grandfather Abused him. Appellant request the Honorable Court to grant Judicial Notice to be taken of said Evidence and and adjudicated facts for review and Consideration pursuant to Texas Rules of evidence 201(e) to be heard.

Ipso facto evidence and the names, addresses, phone numbers of Alibi Witnesses available upon request or Dues Tecum

-2-

## Prayer

Werefore, premises, Considered, Movant Pro-se Parks prays that his Motion be granted and the Honorable Court Consider Remedial measures sue-sponte on its own accord and Remand for New trial with Material evidence provided to Correct Appellants Unlawful Confinement.

## Certificate of Service

I, Christopher Wesley Parks, Movant do Certify that a true and Correct Copy of the above and foregoing Motion for Rehearing has been served by place same in the Mail Addressed to:

Logan Pickett District Attorney
1923 Sam Houston
Liberty, Texas 77575

State Prosecuting Attorney
P.O. Box 13046
Austin, Texas 78711-3046

— File Mark Service Requested —

Executed on This The 12th Day of November, 2015

Chris Parks        Pro-Se
Christopher Wesley Parks #1933982
810 F.M. 2821
Huntsville, Texas 77349

Unsworn Declaration under Penalty of Perjury
State Law V.T.C.A. Civ. Prac. and Rem. Code § 132.001 - 132.003 / Fed. Law 1746

I, Christopher Wesley Parks TDCJ #1933982 Certify that I am

currently incarcerated at the John M. Wynne Unit 810 F.M. 2821 Huntsville,

Texas 77349 Texas Department of Criminal Justice Institutional

Division, Located in Walker County, Declare under penalty of Perjury

that the foregoing is true and correct to the best of my knowledge.

Executed on this Day 12th of November, 2015

Christopher Wesley Parks
TDCJ #1933982
810 F.M. 2821
Huntsville, Texas 77349

Christopher W. Parks #1933782
810 F.M. 2821
Huntsville, Texas 77349-0001

HOUSTON TX 773

16 NOV 2015 PM 7 L

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Legal Mail